IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08-cv-551-FDW

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and OWEN HARTY, Individually, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COTSWOLD CENTER ABBEY COURT, LLC, and COTSWOLD CENTER ABBEY COURT II, LLC, )<br>)<br>)<br>)<br>Defendants. )<br>) | **AMENDED<br>ORDER** |

THIS MATTER comes now before the Court *sua sponte* to amend the Case Management Order filed on July 1, 2009 (Doc. No. 20). Section 4(a) of that Order reflects the parties' estimate that trial will take approximately one to two weeks. The Court now amends that time frame, estimating that a bench trial in this case should take no more than one to two days. The Case Management Order is hereby AMENDED to reflect that estimate.

IT IS SO ORDERED.   Signed: July 2, 2009

Frank D. Whitney
United States District Judge